# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>C. MARTIN, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:17-cv-01752-DAD-EPG (PC)<br><br>**ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING** |

　　　The Court has been informally notified by attorney Michael A. Terhorst that he has been assigned to represent defendants Consuelo Martin, Alfred Hernandez, Carlos Munoz, and Timothy Candia. Mr. Terhorst requests that the deadline for filing a responsive pleading be extended by two to three weeks. Mr. Terhorst explains that he needs the additional time to complete the process of formally substituting as counsel of record for these defendants, and to prepare and file a responsive pleading to Plaintiff's complaint. Mr. Terhorst further explains that because he has not yet been substituted as counsel, he is unable to act on behalf of these defendants.

　　　Based on the information provided to the Court by Mr. Terhorst, the Court finds good cause for and will accordingly grant an extension of the deadline so that defendants have sufficient time to formalize the substitution of counsel and the preparation of defendants' responsive pleading.

The deadline for defendants to file their responsive pleading is extended to **October 4, 2018**.

IT IS SO ORDERED.

Dated: **August 29, 2018**　　　　　　　　/s/ *Erin P. Gross*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE