UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>CONSUELO MARTIN, et.al.,<br><br>    Defendants. | Case No. 1:17-cv-01752-DAD-EPG (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE DEVONTE B. HARRIS, CDCR #P-73399 |

A settlement conference in this matter commenced on January 30, 2019. Inmate Devonte B. Harris, CDCR #P-73399 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **January 30, 2019**

UNITED STATES MAGISTRATE JUDGE

1