# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>Plaintiff,<br><br>v<br><br>CONSUELO MARTIN, et al.,<br><br>Defendants. | Case No. 1:17-cv-01752-DAD-EPG PC<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>THIRTY-DAY DEADLINE |

This action was filed on December 27, 2017. On January 30, 2019, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Dispositional documents shall be filed within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated: **January 31, 2019**

UNITED STATES MAGISTRATE JUDGE

1