UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B HARRIS,<br><br>            Plaintiff,<br><br>       v.<br><br>CONSUELO MARTIN, et al.,<br><br>            Defendants. | Case No. 1:17-cv-01752-DAD-EPG<br><br>ORDER RE: STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(ECF No. 49) |

On March 1, 2019, Plaintiff Devonte B Harris, and Defendants Consuelo Martin, Carlos Munoz, Robert Zamora, Timothy Candia, and Alfred J. Hernandez, filed a stipulation for voluntary dismiss of the entire action with prejudice. (ECF No. 49.) In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:  **March 1, 2019**                     /s/ Erica P. Grosjean
                                                                   UNITED STATES MAGISTRATE JUDGE